# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-1871 |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : : | |
| *Allied Services Division Welfare Fund* | : : | |
| Plaintiff, v. | : : : : : | |
| *SmithKline Beecham Corporation d/b/a GlaxoSmithKline* | : : : | Civil Action No. 09-730 |
| Defendant. | : : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Kindly enter the appearance of Jack Meyerson and Debora O'Neill as counsel in this case for James R. Dugan, II, Esq., Dugan Law Firm, Art Sadin, Esq., and Sadin Law Firm in connection with GlaxoSmithKline's Motion for Sanctions

                Respectfully submitted,

Dated: April 12, 2018

/s/ Jack Meyerson
Jack Meyerson (No. 16405)
Debora O'Neill (No. 35077)
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103
(215) 972-1376
Fax: (215) 972-0277
*Attorneys for James R. Dugan II, Dugan Law Firm, Art Sadin, and Sadin Law Firm*

## CERTIFICATE OF SERVICE

I, Jack Meyerson, hereby certify that on April 4, 2018, I caused a copy of the foregoing Entry of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings was served upon these parties by operation of the Court's electronic filing system:

Nina M. Gussack
Anthony Vale
Yvonne McKenzie
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*Attorneys for Defendant GlaxoSmithKline LLC*


Dated: April 12, 2018                              /s/ Jack Meyerson