IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-1871 |
| THIS DOCUMENT RELATES TO: | : : : | |
| *Allied Services Division Welfare Fund* | : : | |
| Plaintiff, | : | Civil Action No. 09-730 |
| v. | : : | |
| *SmithKline Beecham Corporation d/b/a GlaxoSmithKline* | : : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Kindly enter the appearance of Bryan F. Aylstock as counsel in this case for James R. Dugan, II, Esq., Dugan Law Firm, Art Sadin, Esq. and Sadin Law Firm in connection with GlaxoSmithKline's Motion for Sanctions

Dated: August 2, 2019

                                                Respectfully submitted,
                                                *s/ Bryan F. Aylstock*
                                                Bryan F. Aylstock, Lead Counsel
                                                Florida State Bar No. 078263
                                                Aylstock, Witkin, Kreis & Overholtz, PLLC
                                                17 East Main Street
                                                Suite 200
                                                Pensacola, FL 32502
                                                Tel.: (850) 202-1010
                                                baylstock@awkolaw.com
                                                *Attorneys for James R. Dugan, II, Dugan Law Firm, Art Sadin, and Sadin Law Firm*

**CERTIFICATE OF SERVICE**

      I, Bryan F. Aylstock, hereby certify that on August 2, 2019, I caused a copy of the foregoing Entry of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings was served upon these parties by operation of the Court's electronic filing system:

    Nina M. Gussack
    Anthony Vale
    Yvonne McKenzie
    PEPPER HAMILTON, LLP
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA 19103
    (215) 981-4000
    *Attorneys for Defendant GlaxoSmithKline LLC*

Dated:  August 2, 2019                                            */s/ Bryan F. Aylstock*